FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2442

**Short Case Caption:** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity:** Bright Data Ltd.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Brd. | IPR2021-01492 | Inter Partes Review |

Relief sought on appeal: ☐ None/Not Applicable

Determination that claims 1, 2, 12, 14, 15, 17-19, and 21-29 of U.S. Patent No. 10,257,319 are patentable.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

The Patent Trial and Appeal Board's final written decision.

Nature of judgment (select one):       Date of judgment: 9/22/23

 ☑ Final Judgment, 28 USC § 1295
 ☐ Rule 54(b)
 ☐ Interlocutory Order (specify type) _____
 ☐ Other (explain)     _____

**FORM 26. Docketing Statement**                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the
name of the writing judge if an opinion was issued.   ☐ None/Not Applicable

> Bright Data Ltd. v. Code200, UAB, Nos. 23-2144; 23-2147; 23-2443
> Bright Data Ltd. v. The Data Company Technologies Inc., Nos. 23-2145; 23-2146
> Bright Data Ltd. v. Major Data UAB, Nos. 23-2414; 23-2415

Issues to be raised on appeal:   ☐ None/Not Applicable

> The determination that claims 1, 2, 12, 14, 15, 17-19, and 21-29 of U.S. Patent No.
> 10,257,319 are unpatentable and particularly, claim construction.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes     ☐     No

If "yes," when were the last such discussions?
   ☐ Before the case was filed below
   ☑ During the pendency of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?     ☑ Yes     ☐ No

If they were mediated, by whom?

> Judge David Folsom

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

> The parties have had numerous discussions on possible resolutions without result.
> Also, resolution of this dispute is part of a larger dispute between the parties
> involving related, ongoing district court and administrative matters.

Provide any other information relevant to the inclusion of this case in the court's
mediation program.

> In an unrelated district court case, No. 2:22-cv-11 (E.D. Tex.), the parties are
> participating in an additional mediation session on October 9, 2023.

Date: __10/2/23_____     Signature: __/s/ Robert M. Harkins, Jr.__

                              Name: __Robert M. Harkins, Jr.__

Save for Filing